**Electronically Filed
Supreme Court
SCWC-12-0000516
14-NOV-2013
08:47 AM**

SCWC-12-0000516

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MARY JO FRYE,
Respondent/Plaintiff-Appellee,
v.
JAY F. REYES,
Petitioner/Defendant-Appellant

HEIRS OR ASSIGNS OF W. L. PULELOA(K), ET AL.,
Defendants-Appellees

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000516; CIV. NO. 07-1-0455(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna and Pollack, JJ.)

Petitioner/Defendant-Appellant Jay F. Reyes's Application for Writ of Certiorari, filed on October 3, 2013, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 14, 2013.

Jay F. Reyes
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

